FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 19-0798

| | | |
|---|---|---|
| **LYNDA BLISS** | § | **Collin County,** |
| v. | § | |
| **BANK OF AMERICA N.A. AND** | § | **5th District.** |
| **SANTANDER BANK, N.A., F/K/A** | § | |
| **SOVEREIGN BANK, N.A.** | § | |

**October 18, 2019**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

(Justice Jeffrey S. Boyd not sitting)



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, LYNDA BLISS, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 27th day of November, 2019.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk